# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit
_____

No. 16-17315
_____

District Court Docket No.
1:12-cv-04156-TWT

FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver for The Buckhead Community Bank,

Plaintiff - Appellee,

versus

R. CHARLES LOUDERMILK, SR.,
HUGH C. ALDREDGE,
DAVID B. ALLMAN,
MARVIN COSGRAY,
LOUIS J. DOUGLASS, III,
GREGORY W. HOLDEN,
LARRY P. MARTINDALE,
DARRYL L. OVERALL,

Defendants - Appellants.

_____

Appeal from the United States District Court for the
Northern District of Georgia
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is
entered as the judgment of this Court.

Entered: July 22, 2019
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna Clark